John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SORRELL PUGH, as Natural Parent of H. B.,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, a foreign company; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 21-cv-01200-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 16 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff SORRELL PUGH, as Natural Parent of H. B., by and through their counsel of record, and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through its counsel of record, that any and all claims made by Plaintiff SORRELL PUGH, as Natural Parent of H. B., in the above-referenced Complaint as to Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, shall be dismissed, with prejudice, with each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this 2nd day of December, 2021.

**ALDRICH LAW FIRM, LTD.**

/s/ Catherine Hernandez
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

DATED this 2nd day of December, 2021.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Chad C. Butterfield
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 7, 2021